UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VALERI MYSIN,<br><br>    Defendant and Judgment Debtor. | Crim. Case No. 2:12-cr-00051-TLN-4<br><br>Related Cases: 2:19-mc-00121-KJM-DB<br>                  2:19-mc-00120-TLN-AC<br><br>**ORDER RELATING CASES** |

The Court has reviewed the government's Notice of Related Cases, filed August 16, 2019. (ECF No. 175.) Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123 (E.D. Cal. 1997). Under Local Rule 123, two actions are related when they involve the same parties and are based on a same or similar claim; when they involve the same transaction, property, or event; or when they "involve similar questions of fact and the same question of law and their assignment to the same Judge . . . is likely to effect a substantial savings of judicial effort." L.R. 123(a). Further,

> [i]f the Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself.

L.R. 123(c).

Here, the above-captioned Applications for Writ of Garnishment have been filed to enforce the criminal restitution order imposed against the Defendant in the above-captioned criminal matter. The actions therefore involve the same parties and the same underlying claim, and the Court finds that assignment to the same Judge will effect a savings of judicial resources and effort.

Relating the cases under Local Rule 123, however, merely has the result that both actions are assigned to the same judge, it does not consolidate the actions. Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:19-mc-00121-KJM-DB is reassigned to District Judge Troy L. Nunley and Magistrate Judge Allison Claire, and the caption shall read 2:19-mc-00121-TLN-AC. Any dates currently set in 2:19-mc-00121-KJM-DB are hereby VACATED, and the parties are ordered to refile any pending motions before this Court. Because 2:19-mc-00120-TLN-AC is already assigned to District Judge Nunley and Magistrate Judge Claire, no reassignment of that case is necessary.

IT IS SO ORDERED.

Dated: September 5, 2019

_____
Troy L. Nunley
United States District Judge