IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>VALERI MYSIN,<br><br>　　　　　Defendant and Judgment Debtor.<br><br>CENTRAL PACIFIC BANK,<br>(and its Successors and Assignees)<br><br>　　　　　Garnishee. | Case No.  2:19-mc-00120-TLN-AC<br><br>**ORDER TERMINATING WRIT OF CONTINUING GARNISHMENT (BANK, STOCKS OR BROKERAGE ACCOUNTS)**<br><br>Criminal Case No.  2:12-cr-0051-TLN |

　　　　The Court, having reviewed the court files and the United States' Request to Terminate Writ of Continuing Garnishment (Bank, Stocks or Brokerage Accounts), and finding good cause therefrom, hereby GRANTS the Request.  Accordingly, it is ORDERED that the Writ of Garnishment previously issued on July 23, 2019 against Valeri Mysin is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B).

　　　　IT IS SO ORDERED.

Dated:  October 2, 2019

Troy L. Nunley
United States District Judge